UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN



UNITED STATES OF AMERICA,

        Plaintiff,

v.

CARLOS ROSAS-DIAZ,
A/K/A JUAN DIAS ROSAS,
A/K/A JUAN ROSA-DIAZ,
A/K/A LIOW FLORES-DIAS,
A/K/A JOSE MORALES,
A/K/A JAIME RODRIGUEZ,
A/K/A JUAN D ROSAS,
A/K/A CARLOS ROSAS DIAZ,
A/K/A LEON D FLORES,

        Defendant.

Case No. 25-CR- **25-CR-166**

[8 U.S.C. § 1326(a)(2)]

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

1. On or about December 7, 2021, in the State and Eastern District of Wisconsin,

    **CARLOS ROSAS-DIAZ,**
    **A/K/A JUAN DIAS ROSAS,**
    **A/K/A JUAN ROSA-DIAZ,**
    **A/K/A LIOW FLORES-DIAS,**
    **A/K/A JOSE MORALES,**
    **A/K/A JAIME RODRIGUEZ,**
    **A/K/A JUAN D ROSAS,**
    **A/K/A CARLOS ROSAS DIAZ,**
    **A/K/A LEON D FLORES,**

an alien who previously had been removed from the United States, was found in Racine County, Wisconsin, without having obtained the express consent of the Secretary of Homeland Security for re-application for admission into the United States.

1

2. The defendant was previously ordered removed and removed from the United States to Mexico on two prior occasions, namely on or about March 21, 2002, and July 6, 2004.

All in violation of Title 8, United States Code, Section 1326(a)(2).

A TRUE BILL

FOREPERSON
Dated: 8-26-25

_____
RICHARD G. FROHLING
Acting United States Attorney